

# Earnings Statement

Pay period: Mar 8, 2026 - Mar 21, 2026 Pay Day: Mar 27, 2026
Kelley Baleanu's Checking Account ( . . . 7699): $1,727.92

**Company**

Raynmaker Inc
1615 Platte St
Suite 200
Denver, CO 80202
719-238-3790

**Employee**

Kelley Baleanu
XXX-XX-3087
53 River Rd
Prompton, PA 18456

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $31.25 | 80.0 | $2,500.00 | $15,500.00 |
| Paid Holidays | | | | $750.00 |
| Time Off | | | | $1,250.00 |
| **Totals** | | **80.0** | **$2,500.00** | **$17,500.00** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $167.84 | $1,174.88 |
| Social Security | $130.04 | $910.25 |
| Medicare | $30.41 | $212.88 |
| PA Withholding Tax | $64.39 | $450.73 |
| PA UC Tax Employee Withholding | $1.75 | $12.25 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $130.04 | $910.25 |
| Medicare | $30.41 | $212.88 |
| FUTA | $0.00 | $42.00 |
| PA UC Tax Employer Contribution | $0.00 | $382.20 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Choice Plus Buy Up + Spouse Plan: P2500i80LX22B | Medical Insurance | $367.65 | $2,573.55 |
| Dental + Spouse | Medical Insurance | $30.05 | $210.35 |
| Vision + Spouse | Medical Insurance | $4.95 | $34.65 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Choice Plus Buy Up + Spouse Plan: P2500i80LX22B | Medical Insurance | $213.27 | $1,492.89 |
| Dental + Spouse | Medical Insurance | $18.04 | $126.28 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,500.00 | $17,500.00 |
| Pre-Tax Deductions/Contributions | $402.65 | $2,818.55 |
| Taxes | $394.43 | $2,760.99 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,702.92 | $11,920.46 |
| Total Reimbursements | $25.00 | $175.00 |
| Internet Reimbursement | $25.00 | $175.00 |
| Check Amount | $1,727.92 | $12,095.46 |
| Total Hours Worked | 80.0 | 520.0 |

**Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +6.15 |
| Remaining Time Off Balance | 124.90 |



# Earnings Statement

Pay period: Feb 22, 2026 - Mar 7, 2026 Pay Day: Mar 13, 2026
Kelley Baleanu's Checking Account ( . . . 7699): $1,727.93

**Company**

Raynmaker Inc
1615 Platte St
Suite 200
Denver, CO 80202
719-238-3790

**Employee**

Kelley Baleanu
XXX-XX-3087
53 River Rd
Prompton, PA 18456

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours | Salaried | $31.25 | 80.0 | $2,500.00 | $13,000.00 |
| Paid Holidays | | | | $750.00 |
| Time Off | | | | $1,250.00 |
| **Totals** | | **80.0** | **$2,500.00** | **$15,000.00** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $167.84 | $1,007.04 |
| Social Security | $130.03 | $780.21 |
| Medicare | $30.41 | $182.47 |
| PA Withholding Tax | $64.39 | $386.34 |
| PA UC Tax Employee Withholding | $1.75 | $10.50 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $130.03 | $780.21 |
| Medicare | $30.41 | $182.47 |
| FUTA | $0.00 | $42.00 |
| PA UC Tax Employer Contribution | $0.00 | $382.20 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Choice Plus Buy Up + Spouse Plan: P2500i80LX22B | Medical Insurance | $367.65 | $2,205.90 |
| Dental + Spouse | Medical Insurance | $30.05 | $180.30 |
| Vision + Spouse | Medical Insurance | $4.95 | $29.70 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Choice Plus Buy Up + Spouse Plan: P2500i80LX22B | Medical Insurance | $213.27 | $1,279.62 |
| Dental + Spouse | Medical Insurance | $18.04 | $108.24 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,500.00 | $15,000.00 |
| Pre-Tax Deductions/Contributions | $402.65 | $2,415.90 |
| Taxes | $394.42 | $2,366.56 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,702.93 | $10,217.54 |
| Total Reimbursements | $25.00 | $150.00 |
| Internet Reimbursement | $25.00 | $150.00 |
| Check Amount | $1,727.93 | $10,367.54 |
| Total Hours Worked | 80.0 | 440.0 |

**Unlimited PTO Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Remaining Time Off | Unlimited |

**Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +6.15 |
| Remaining Time Off Balance | 118.75 |



# Earnings Statement

Pay period: Feb 8, 2026 - Feb 21, 2026 Pay Day: Mar 2, 2026
Kelley Baleanu's Checking Account ( . . . 7699): $1,727.92

**Company**

Raynmaker Inc
1615 Platte St
Suite 200
Denver, CO 80202
719-238-3790

**Employee**

Kelley Baleanu
XXX-XX-3087
53 River Rd
Prompton, PA 18456

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $31.25 | 80.0 | $2,500.00 | $10,500.00 |
| Paid Holidays | | | | $750.00 |
| Time Off | | | | $1,250.00 |
| **Totals** | | **80.0** | **$2,500.00** | **$12,500.00** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $167.84 | $839.20 |
| Social Security | $130.04 | $650.18 |
| Medicare | $30.41 | $152.06 |
| PA Withholding Tax | $64.39 | $321.95 |
| PA UC Tax Employee Withholding | $1.75 | $8.75 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $130.04 | $650.18 |
| Medicare | $30.41 | $152.06 |
| FUTA | $0.00 | $42.00 |
| PA UC Tax Employer Contribution | $0.00 | $382.20 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Choice Plus Buy Up + Spouse Plan: P2500i80LX22B | Medical Insurance | $367.65 | $1,838.25 |
| Dental + Spouse | Medical Insurance | $30.05 | $150.25 |
| Vision + Spouse | Medical Insurance | $4.95 | $24.75 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Choice Plus Buy Up + Spouse Plan: P2500i80LX22B | Medical Insurance | $213.27 | $1,066.35 |
| Dental + Spouse | Medical Insurance | $18.04 | $90.20 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,500.00 | $12,500.00 |
| Pre-Tax Deductions/Contributions | $402.65 | $2,013.25 |
| Taxes | $394.43 | $1,972.14 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,702.92 | $8,514.61 |
| Total Reimbursements | $25.00 | $125.00 |
| Internet Reimbursement | $25.00 | $125.00 |
| Check Amount | $1,727.92 | $8,639.61 |
| Total Hours Worked | 80.0 | 360.0 |

**Unlimited PTO Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Remaining Time Off | Unlimited |

**Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +6.15 |
| Remaining Time Off Balance | 112.60 |



# Earnings Statement

Pay period: Jan 25, 2026 - Feb 7, 2026 Pay Day: Feb 13, 2026
Kelley Baleanu's Checking Account ( . . . 7699): $1,727.92

**Company**

Raynmaker Inc
1615 Platte St
Suite 200
Denver, CO 80202
719-238-3790

**Employee**

Kelley Baleanu
XXX-XX-3087
53 River Rd
Prompton, PA 18456

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $31.25 | 80.0 | $2,500.00 | $8,000.00 |
| Paid Holidays | | | | $750.00 |
| Time Off | | | | $1,250.00 |
| **Totals** | | **80.0** | **$2,500.00** | **$10,000.00** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $167.84 | $671.36 |
| Social Security | $130.03 | $520.14 |
| Medicare | $30.42 | $121.65 |
| PA Withholding Tax | $64.39 | $257.56 |
| PA UC Tax Employee Withholding | $1.75 | $7.00 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $130.03 | $520.14 |
| Medicare | $30.42 | $121.65 |
| FUTA | $4.26 | $42.00 |
| PA UC Tax Employer Contribution | $95.55 | $382.20 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Choice Plus Buy Up + Spouse Plan: P2500i80LX22B | Medical Insurance | $367.65 | $1,470.60 |
| Dental + Spouse | Medical Insurance | $30.05 | $120.20 |
| Vision + Spouse | Medical Insurance | $4.95 | $19.80 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Choice Plus Buy Up + Spouse Plan: P2500i80LX22B | Medical Insurance | $213.27 | $853.08 |
| Dental + Spouse | Medical Insurance | $18.04 | $72.16 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,500.00 | $10,000.00 |
| Pre-Tax Deductions/Contributions | $402.65 | $1,610.60 |
| Taxes | $394.43 | $1,577.71 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,702.92 | $6,811.69 |
| Total Reimbursements | $25.00 | $100.00 |
| Internet Reimbursement | $25.00 | $100.00 |
| Check Amount | $1,727.92 | $6,911.69 |
| Total Hours Worked | 80.0 | 280.0 |

**Unlimited PTO Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Remaining Time Off | Unlimited |

**Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +6.15 |
| Remaining Time Off Balance | 106.45 |



# Earnings Statement

Pay period: Jan 11, 2026 - Jan 24, 2026 Pay Day: Jan 30, 2026
Kelley Baleanu's Checking Account ( . . . 7699): $1,727.92

| Company | Employee |
|---|---|
| Raynmaker Inc<br>1615 Platte St<br>Suite 200<br>Denver, CO 80202<br>719-238-3790 | Kelley Baleanu<br>XXX-XX-3087<br>53 River Rd<br>Prompton, PA 18456 |

**Employee Gross Earnings**

| Description | Rate | Hours | Current | Year To Date |
|---|---|---|---|---|
| Regular Hours \| Salaried | $31.25 | 80.0 | $2,500.00 | $5,500.00 |
| Paid Holidays | | | | $750.00 |
| Time Off | | | | $1,250.00 |
| **Totals** | | **80.0** | **$2,500.00** | **$7,500.00** |

**Employee Taxes Withheld**

| Employee Tax | Current | Year To Date |
|---|---|---|
| Federal Income Tax | $167.84 | $503.52 |
| Social Security | $130.04 | $390.11 |
| Medicare | $30.41 | $91.23 |
| PA Withholding Tax | $64.39 | $193.17 |
| PA UC Tax Employee Withholding | $1.75 | $5.25 |

**Employer Tax**

| Company Tax | Current | Year To Date |
|---|---|---|
| Social Security | $130.04 | $390.11 |
| Medicare | $30.41 | $91.23 |
| FUTA | $12.58 | $37.74 |
| PA UC Tax Employer Contribution | $95.55 | $286.65 |

**Employee Deductions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Choice Plus Buy Up + Spouse Plan: P2500i80LX22B | Medical Insurance | $367.65 | $1,102.95 |
| Dental + Spouse | Medical Insurance | $30.05 | $90.15 |
| Vision + Spouse | Medical Insurance | $4.95 | $14.85 |

**Employer Contributions**

| Description | Type | Current | Year To Date |
|---|---|---|---|
| Choice Plus Buy Up + Spouse Plan: P2500i80LX22B | Medical Insurance | $213.27 | $639.81 |
| Dental + Spouse | Medical Insurance | $18.04 | $54.12 |

**Summary**

| Description | Current | Year To Date |
|---|---|---|
| Gross Earnings | $2,500.00 | $7,500.00 |
| Pre-Tax Deductions/Contributions | $402.65 | $1,207.95 |
| Taxes | $394.43 | $1,183.28 |
| Post-Tax Deductions/Contributions | $0.00 | $0.00 |
| Net Pay | $1,702.92 | $5,108.77 |
| Total Reimbursements | $25.00 | $75.00 |
| Internet Reimbursement | $25.00 | $75.00 |
| Check Amount | $1,727.92 | $5,183.77 |
| Total Hours Worked | 80.0 | 200.0 |

**Unlimited PTO Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Remaining Time Off | Unlimited |

**Time Off Policy**

| Description | Hours |
|---|---|
| Hours used this period | 0.00 |
| Hours accrued this period | +6.15 |
| Remaining Time Off Balance | 100.30 |