**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
**WILKES-BARRE DIVISION**

IN RE:                                                          Case No. 5:26-bk-00832-MJC
                                                                      Chapter 13

Kelley Anne Baleanu fka Kelley Anne Torra
aka Kelley Baleanu aka Kelley A Baleanu

Debtor(s).

## NOTICE OF APPEARANCE

**Rocket Mortgage, LLC f/k/a Quicken Loans, LLC**, a Secured Creditor in the above styled

proceeding, hereby requests that all matters which must be noticed to creditors, any creditors'

committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the

Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to

FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:     /s/ Steven K. Eisenberg
          Steven K. Eisenberg, Esquire
          Bar No: 75736
          Stern & Eisenberg, PC
          1581 Main Street, Ste. 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: 215-572-8111
          Fax: 215-572-5025
          seisenberg@sterneisenberg.com
          Attorney for Creditor

<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 1st day of April, 2026, to the following:

Carlo Sabatini
Sabatini Law Firm,LLC
216 N. Blakely Street
Dunmore, PA 18512
usbkct@bankruptcypa.com
***Attorney for Debtor(s)***

Jack N Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036
info@pamd13trustee.com
***Chapter 13 Trustee***

United States Trustee
US Courthouse
1501 N. 6th St
Harrisburg, PA 17102
ustpregion03.ha.ecf@usdoj.gov
***U.S. Trustee***

and by standard first class mail postage prepaid to:

Kelley Anne Baleanu fka Kelley Anne Torra aka Kelley Baleanu aka Kelley A Baleanu
PO Box 155
Prompton, PA 18456

***Debtor(s)***

By:     /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire