IN RE:
KELLEY ANNE BALEANU,
AKA, KELLEY BALEANU,                         CHAPTER 13
AKA, KELLEY A BALEANU,
AKA, KELLEY ANNE TORRA,
     Debtor

                                                          CASE NO.  5:26-BK-00832-MJC

          JACK N. ZAHAROPOULOS
          STANDING CHAPTER 13 TRUSTEE
          Movant

KELLEY ANNE BALEANU,
AKA, KELLEY BALEANU,
AKA, KELLEY A BALEANU,
AKA, KELLEY ANNE TORRA,
     Respondent

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 4th day of May 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1.     Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

    a.  Insufficient Monthly Net Income as indicated on Schedules I and J.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

    a.  Deny confirmation of Debtor(s)' Plan.
    b.  Dismiss or convert Debtor(s)' case.
    c.  Provide such other relief as is equitable and just.

                                       Respectfully submitted:

                                      Jack N. Zaharopoulos
                                      Standing Chapter 13 Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA 17036
                                      (717) 566-6097
                      BY: /s/ Douglas R Roeder
                                      Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this 4th day of May 2026, I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:


SABATINI LAW FIRM, LLC
216 NORTH BLAKELY STREET
DUNMORE, PA 18512-


/s/Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee