United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                    Case No. 26-00832-MJC

Kelley Anne Baleanu                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                                    Page 1 of 3

Date Rcvd: May 04, 2026                      Form ID: ntcnfhrg                          Total Noticed: 29

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelley Anne Baleanu, PO Box 155, Prompton, PA 18456-0155 |
| 5791438 | + | Erin R Grady, Esq, Zwicker & Associates PC, 900 Northbrook Dr Suite 102, Trevose, PA 19053-8432 |
| 5791439 | + | Highhouse Oil Operations Inc, 333 Erie St, Honesdale, PA 18431-1007 |
| 5791440 | + | Meagan Baleanu, 53 River Rd, Prompton, PA 18456-3222 |
| 5791442 | | Mint Mobile, 1550 Scenic Ave, Suite 100, Costa Mesa, CA 92626-1420 |
| 5791445 | | SYNCB/Care Credit, Attn: Bankruptcy, 275 Battery St Fl 23, San Francisco, CA 94111-3305 |
| 5791444 | + | Safeguard, 2 Concourse Pkwy, suite 500, Atlanta, GA 30328-5584 |
| 5791448 | + | Wayne Enterprises, PO Box 443, Honesdale, PA 18431-0443 |

TOTAL: 8


**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | ^ | MEBN | May 04 2026 18:55:56 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, Stern & Eisenberg, PC, 1581 Main Street, Suite 200, Warrington, PA 18976, UNITED STATES 18976-3403 |
| 5791430 | | Email/PDF: bncnotices@becket-lee.com | May 04 2026 19:04:38 | AMEX, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 5791431 | | Email/PDF: bncnotices@becket-lee.com | May 04 2026 19:04:43 | AMEX, PO Box 981537, El Paso, TX 79998-1537 |
| 5792438 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 04 2026 19:04:43 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5795789 | + | Email/PDF: acg.acg.ebn@aisinfo.com | May 04 2026 19:04:43 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5791429 | | Email/Text: ally@ebn.phinsolutions.com | May 04 2026 18:59:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Bloomington, MN 55438-0901 |
| 5801122 | | Email/PDF: bncnotices@becket-lee.com | May 04 2026 19:04:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5791432 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 04 2026 19:00:00 | Apple Card/GS Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 5791433 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 04 2026 19:00:00 | Apple Card/GS Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 5791434 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 04 2026 18:59:00 | Credit Corp Solutions Inc, 121 W Election Rd, Draper, UT 84020 |
| 5791436 | | Email/Text: mrdiscen@discover.com | May 04 2026 18:59:00 | Discover Bank, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 5791435 | | Email/Text: mrdiscen@discover.com | May 04 2026 18:59:00 | Discover Bank, Attn: Richard D Fairbank, Chairman & CEO, PO Box 30954, Salt Lake City, |

| Recip ID | | | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | UT 84130-0954 |
| 5791437 | | Email/Text: mrdiscen@discover.com | May 04 2026 18:59:00 | Discover Card, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 5791441 | ^ | MEBN | May 04 2026 18:56:17 | Middletown Medical, 111 Maltese Dr, Middletown, NY 10940-2141 |
| 5795437 | | Email/Text: bnc-quantum@quantum3group.com | May 04 2026 19:00:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5791443 | | Email/Text: bankruptcyteam@rocketmortgage.com | May 04 2026 19:00:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 5792316 | ^ | MEBN | May 04 2026 18:55:56 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, c/o Stern & Eisenberg, PC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5796411 | + | Email/Text: bankruptcyteam@rocketmortgage.com | May 04 2026 19:00:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 5791446 | + | Email/Text: Bankruptcy@TekCollect.com | May 04 2026 18:59:00 | TekCollect, PO Box 1269, Columbus, OH 43216-1269 |
| 5791447 | | Email/Text: bankruptcydepartment@tsico.com | May 04 2026 19:00:00 | Transworld Systems Inc, PO Box 15130, Wilmington, DE 19850-5130 |
| 5791449 | + | Email/Text: snyderth@wmh.org | May 04 2026 18:59:00 | Wayne Memorial Hospital, 601 Park St #1445, Honesdale, PA 18431-1498 |

TOTAL: 21

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2026        Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Carlo Sabatini | |
| | on behalf of Debtor 1 Kelley Anne Baleanu usbkct@bankruptcypa.com kecf@bankruptcypa.com;ivms@bankruptcypa.com;necf@bankruptcypa.com;sabecf@gmail.com;secf@bankruptcypa.com;sabatini.carlob107053@notify-prod.bestcase.com;ashley.bankruptcypa.com@recap.email |
| Jack N Zaharopoulos | |

ecf_pahu_alt@trustee13.com

Steven K Eisenberg

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC seisenberg@sterneisenberg.com,
bkecf@sterneisenberg.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Kelley Anne Baleanu,
aka Kelley A Baleanu, aka Kelley Baleanu, fka Kelley
Anne Torra,

**Debtor 1**

Chapter 13

Case No. 5:26−bk−00832−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**June 4, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: June 11, 2026 Time: 10:00 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** Max Rosenn U.S. Courthouse 197 South Main Street Wilkes−Barre, PA 18701 (570) 831−2500 | **For the Court:** Seth F. Eisenberg Clerk of the Bankruptcy Court: By: RyanEshelman, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 4, 2026 |

ntcnfhrg (08/21)