# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re | Chapter 13 |
| Kelley Anne Baleanu, | Case No. 5:26−bk−00832−MJC |
| Debtor | |

## Certification of Service Upon Paper Filer Pursuant to L.B.R. 9013-3

| Title of Paper Served: | **ORDER CONFIRMING FIRST AMENDED CHAPTER 13 PLAN** | |
|---|---|---|
| Name and Address of Recipient: | Entity the Recipient Represents (if applicable) | Method of Service |
| The entities on the attached service list | | United States Mail – First Class |

I certify that I am over 18 years of age and service was effectuated today as above described.

Dated: June 18, 2026

s/Ashley Weisenfluh
Ashley Weisenfluh, Paralegal
Sabatini Law Firm, LLC
216 N. Blakely St.,
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769

| |
|---|
| Ally Bank c/o AIS Portfolio Services, LLC<br>4515 N. Santa Fe Ave., Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Ally Financial<br>Attn: Bankruptcy<br>PO Box 380901<br>Bloomington, MN 55438-0901 |
| American Express National Bank<br>c/o Becket and Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| AMEX<br>Correspondence/Bankruptcy<br>PO Box 981535<br>El Paso, TX 79998-1535 |
| AMEX<br>PO Box 981537<br>El Paso, TX 79998-1537 |
| Apple Card/GS Bank USA<br>Attn: Bankruptcy<br>PO Box 70379<br>Philadelphia, PA 19176-0379 |
| Apple Card/GS Bank USA<br>PO Box 6112<br>Philadelphia, PA 19115-6112 |
| CREDIT CORP SOLUTIONS, INC.<br>121 W ELECTION RD<br>SANDY, UT 84020-7766 |
| Discover Card<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 |
| DISCOVER FINANCIAL SERVICES, LLC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| Erin R Grady, Esq.<br>Zwicker & Associates, PC<br>900 Northbrook Dr., Suite 102<br>Trevose, PA 19053-8432 |
| Highhouse Oil Operations, Inc.<br>333 Erie St<br>Honesdale, PA 18431-1007 |
| Kelley Anne Baleanu<br>PO Box 155<br>Prompton, PA 18456-0155 |
| Middletown Medical<br>111 Maltese Dr<br>Middletown, NY 10940-2141 |

| |
|---|
| Mint Mobile<br>1550 Scenic Ave., Suite 100<br>Costa Mesa, CA 92626-1420 |
| Pennsylvania Department of Revenue, Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 |
| Quantum3 Group, LLC<br>Credit Corp Solutions, Inc.<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Rocket Mortgage<br>Attn: Bankruptcy<br>1050 Woodward Ave<br>Detroit, MI 48226-3573 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC<br>c/o Stern & Eisenberg, PC<br>1581 Main Street, Ste. 200<br>Warrington, PA 18976-3403 |
| Safeguard<br>2 Concourse Pkwy, suite 500<br>Atlanta, GA 30328-5584 |
| SYNCB/Care Credit<br>Attn: Bankruptcy<br>275 Battery St., Fl 23<br>San Francisco, CA 94111-3305 |
| TekCollect<br>PO Box 1269<br>Columbus, OH 43216-1269 |
| Transworld Systems, Inc.<br>PO Box 15130<br>Wilmington, DE 19850-5130 |
| Wayne Enterprises<br>PO Box 443<br>Honesdale, PA 18431-0443 |
| Wayne Memorial Hospital<br>601 Park St., #1445<br>Honesdale, PA 18431-1498 |